11-2023-CA-000848-0001-XX

Filing # 169172027 E-Filed 03/20/2023 09:10:36 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA

CASE NO.:

OSLIN ETIENNE,

Plaintiff,

v.

AUTO OWNERS INSURANCE COMPANY,

Defendant.
_____/

## COMPLAINT

COMES NOW, Plaintiff, OSLIN ETIENNE, hereinafter referred to as Plaintiff, by and through the undersigned counsel, hereby files this Complaint against Defendant, AUTO OWNERS INSURANCE COMPANY, herein, and alleges:

### JURISDICTIONAL STATEMENT

1. That this is an action for damages that exceeds $50,000.00, exclusive of interest, costs and attorney's fees.

### VENUE

2. That at all times hereinafter mentioned, TAMIAMI TRAIL is a paved public road located in the County of Collier, State of Florida.

### PARTIES

3. That the Plaintiff is a resident and citizen of Lee County, State of Florida.

4. That the Defendant is a corporation organized and existing under the laws of one of the states of the United States.

### FACTS IN SUPPORT OF CLAIMS

5. That on or about December 7, 2022, Plaintiff, OSLIN ETIENNE was the operator of a 2017 FORD VAN vehicle that was involved in a motor vehicle accident in Collier County, Florida when JUAN BUSTOS negligently operated his motor vehicle causing it to collide

1

with great force and violence to the vehicle in which the Plaintiff was driving.

6. That at the time and place of the accident, the vehicle operated by JUAN BUSTOS was underinsured as the vehicle he was driving did not have enough coverage for the damages sustained in this collision.

7. That at the time of this accident, the vehicle in which the Plaintiff, OSLIN ETIENNE, was driving, had an insurance policy with the Defendant, AUTO OWNERS INSURANCE COMPANY, policy number 5187664201 which contained uninsured or underinsured motorist coverage.

8. That the aforementioned automobile insurance policies with the Defendants was in full force and effect and Plaintiff is entitled to the underinsured motorist benefits of said insurance policy with the Defendant.

9. That Defendant has in its custody and control a copy of the automobile insurance policy and, therefore, it is not attached to the Complaint.

## <u>COUNT I</u>
## <u>OSLIN ETIENNE UNINSURED/UNDERINSURED MOTORIST CLAIM AGAINST AUTO OWNERS INSURANCE COMPANY</u>

10. That the Plaintiff OSLIN ETIENNE re-alleges and incorporates by reference paragraphs 1-9 as if fully and completely set forth herein.

11. That as a direct and proximate result of the aforesaid collision, Plaintiff suffered great physical harm and injury, including past, present and future pain and suffering from being knocked about within the vehicle and they incurred substantial medical expenses.

12. That as a direct and proximate result of this accident, the Plaintiff has sustained a permanent injury to the body as a whole, pain and suffering, both physical and mental in nature, disability, disfigurement, physical impairment, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of a pre-existing condition, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  These losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

13. That as a result of the accident and the injuries sustained by Plaintiff, a claim was made to the Defendant on Plaintiff's behalf and the Defendant has refused to pay its obligation

to Plaintiffs as set forth under the insurance policy.

14. That the Plaintiff has furnished the Defendant timely notice of the accident and proof of the claim for the damages set forth hereinabove and has otherwise performed all conditions precedent to entitle them to compensation under the insurance policy with the Defendant.

15. That the Plaintiff is informed and believes that they are entitled to compensation under the uninsured motorist coverage as set forth under the policy of insurance for the injuries and damages sustained as a result of this accident.

WHEREFORE, Plaintiff demands judgment against the Defendant for actual damages to be determined by the trier of fact, for the costs of this action and for such other and further relief that this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs further demand a trial by jury on all issues so triable.

DATED this 20 March 2023.

/s/ Rafael O. Nunez, Jr.
**Rafael O. Nunez, Jr., Esq.**
Florida Bar No.: 114617
The Nunez Law Firm
1337 W. Colonial Dr
Orlando, FL 32804
Phone: (407) 203-2769
Fax: (407) 264-8773
Email: Litigation@thenunezlaw.com